UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| KEVIN ELLIS,<br><br>Plaintiff,<br><br>v.<br><br>TRANSUNION, LLC, EQUIFAX INFORMATION SERVICES, LLC, EXPERIAN INFORMATION SOLUTIONS INC., FIRST CITIZENS FEDERAL CREDIT UNION, SHARON AND CRESCENT UNION UNITED and DOES 1 TO 10,<br><br>Defendants | Civil Action No. 1:21-CV-11566-A |

## STIPULATION OF DISMISSAL WITH PREJUDICE BETWEEN PLAINTIFF AND DEFENDANT FIRST CITIZENS FEDERAL CREDIT UNION

NOTICE IS HEREBY GIVEN that Plaintiff Kevin Ellis, by counsel, and Defendant First Citizens Federal Credit Union, by counsel, hereby stipulate and agree that all matters herein between them have been compromised and settled, and that Plaintiffs cause against First Citizens Federal Credit Union only should be dismissed, with prejudice, with each party to bear its own costs and attorneys' fees.

Respectfully Submitted,
Defendant,
First Citizens Federal Credit Union
By counsel:

_____
John Morello, Esq
BBO# 643345
Morello & Associates, P.C.
220 Broadway, Unit 402
Lynnfield, MA 01940
Ph. 781-477-1822
Fax. 781-477-1811
Email: jmorello@morellolaw.com

March 28, 2022

Respectfully Submitted,
The Law Offices of Attorney
Nick Yousif

_____
Nicola Yousif, Esq. (MA#679545)
Matthew A. McKenna (MA#705644)
157 Belmont Street
Brockton, MA 02301
Telephone: (508)588-7300
E-Mail: nick@yousiflaw.com
*Attorney for Plaintiff*
*Kevin Ellis*

## CERTIFICATE OF SERVICE

I certify that I have this 28th day of March 2022 served the attached Certificate Pursuant to L.R. 16.1 (D)(3) on all parties receiving notice via ECF in this matter.

/s/ Nicola Yousif

Nicola Yousif, Esq. (MA#679545)
Matthew A. McKenna (MA#705644)
157 Belmont Street
Brockton, MA 02301
Telephone: (508)588-7300
E-Mail: nick@yousiflaw.com
*Attorney for Plaintiff*
*Kevin Ellis*

UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| KEVIN ELLIS,<br><br>Plaintiff,<br><br>v.<br><br>TRANSUNION, LLC, EQUIFAX INFORMATION SERVICES, LLC, EXPERIAN INFORMATION SOLUTIONS INC., FIRST CITIZENS FEDERAL CREDIT UNION, SHARON AND CRESCENT UNION UNITED and DOES 1 TO 10,<br><br>Defendants | Civil Action No. 1:21-CV-11566-A |

## ORDER OF DISMISSAL WITH PREJUDICE AS TO DEFENDANT FIRST CITIZENS FEDERAL CREDIT UNION ONLY

Plaintiff Kevin Ellis, by counsel, and Defendant First Citizens Federal Credit Union, by counsel, having filed their stipulation of Dismissal With Prejudice between Plaintiff and Defendant First Citizens Federal Credit Union, AND THE COURT, having been duly advised, NOW FINDS that the same should be granted.

IT IS, THEREFORE, ORDERED that all claims of Plaintiff Kevin Ellis against Defendant First Citizens Federal Credit Union are dismissed, with prejudice. Plaintiff and Defendant First Citizens Federal Credit Union shall each bear their owns costs and attorneys' fees.

Date:_____

_____
JUDGE, United States District Court
District of Massachusetts